**Case No.: 20-10126**

**Judge: Stacey L. Meisel**