Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  20–10126–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Annie L Evans
    1468 Franklin Street
    Hillside, NJ 07205

Social Security No.:
    xxx–xx–4491

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                3/11/20
Time:                08:30 AM
Location:            Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 24, 2020
JAN: lc

                        Jeanne Naughton
                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-10126-SLM
Annie L Evans                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 3          Date Rcvd: Jan 24, 2020
                             Form ID: 132          Total Noticed: 82


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
```
db            +Annie L Evans,   1468 Franklin Street,   Hillside, NJ 07205-1304
518648315      American Express,   PO Box 1270,   Newark, NJ 07101-1270
518648316      American Express,   PO Box 7871,   Fort Lauderdale, FL 33329
518648314     +American Express,   P0 Box 981537,   El Paso, TX 79998-1537
518648313     +American Express,   Bankruptcy,   P0 Box 981540,   El Paso, TX 79998-1540
518648334     ++CITIBANK,   PO BOX 6043,   SIOUX FALLS SD 57117-6043
               (address filed with court: Citicards,   7920 NW 110th Street,   Kansas City, MO 64153)
518648354     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Home Depot Credit Services,   Processing Center,
               Des Moines, IA 50364)
518648325     +Chase Bank,   P0 Box 15369,   Wilmington, DE 19850-5369
518648324     +Chase Bank,   Attn: Bankruptcy,   P0 Box 182125,   Columbus, OH 43218-2125
518648326     +Chase Bankcard Center,   P0 Box 29022,   Phoenix, AZ 85038-9022
518648327      Chase Bankcard Services,   PO Box 659409,   San Antonio, TX 78265
518648333     +CitiCards,   PO Box 6345,   The Lakes, NV 88901-0001
518648328     +Citibank,   P0 Box 6500,   Sioux Falls, SD 57117-6500
518648329     +Citibank,   P0 Box 6077,   Sioux Falls, SD 57117-6077
518648331     +Citibank/The Home Depot,   P0 Box 6497,   Sioux Falls, SD 57117-6497
518648330     +Citibank/The Home Depot,   Attn: Recovery / Centralized Bankruptcy,   P0 Box 790034,
               St Louis, MO 63179-0034
518648332     +Citicards,   PO Box 6500,   Sioux Falls, SD 57117-6500
518648339     +County of Union, NJ,   Office of County Counsel,   10 Elizabethtown Plaza,
               Elizabeth, NJ 07202-3451
518648341     +Deptartment Store National Bank/Macy's,   Po Box 8218,   Mason, OH 45040-8218
518648340     +Deptartment Store National Bank/Macy's,   Attn: Bankruptcy,   9111 Duke Boulevard,
               Mason, OH 45040-8999
518648348     +Henry L Evans,   1468 Franklin Street,   Hillside, NJ 07205-1304
518648352      Hillside Tax Collector,   Municipal Bldg. & Hillside Avenue,   Hillside, NJ 07205
518648353     +Home Depot Credit Services,   PO Box 7032,   Sioux Falls, SD 57117-7032
518648361     +KML Law Group,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
518648362     +KML Law Group PC,   216 Hadden Avenue,   Suite 406,   Westmont, NJ 08108-2812
518648363     +Macy's,   PO Box 8053,   Mason, OH 45040-8053
518648365     +Macy's,   9111 Duke Blvd.,   Mason, OH 45040-8999
518648364     +Macy's,   PO Box 78008,   Phoenix, AZ 85062-8008
518648374     +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
518648368     +PNC Bank,   Consumer Loan Center,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4704
518648371      PNC Bank,   Attn: Consumer Assistance Team,   P0 Box 1326,   Pittsburgh, PA 15230
518648367     +PNC Bank,   P0 Box 609,   Pittsburgh, PA 15230-0609
518648370     +PNC Bank,   Attn: Customer Service,   PO Box 609,   Pittsburgh, PA 15230-0609
518648369     +PNC Bank,   Attn: Mortgage Service Center,   PO Box 3714558,   Pittsburgh, PA 15250-0001
518648373     +PNC Bank,   PO Box 15137,   Wilmington, DE 19886-5137
518648366      PNC Bank,   PO Box 15397,   Wilmington, DE 19886-5397
518648375     +PNC Bank,   PO Box 8832,   Wilmington, DE 19899-8832
518648377     +PNC Mortgage,   Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
518648379     +PNC Mortgage,   PO Box 1820,   Dayton, OH 45401-1820
518648378     +Pnc Mortgage,   PO Box 8703,   Dayton, OH 45401-8703
518648380     +Robert A. Delvecchio, ESQ.,   405 Lafayette Avenue,   Hawthorne, NJ 07506-2519
518648381     +Robert A. Delvecchio, ESQ. LLC,   PO Box 561,   Hawthorne, NJ 07507-0561
518648382     +Robert A. Delvecchio, ESQ. PC,   405 Lafayette Avenue,   Hawthorne, NJ 07506-2519
518648383     +Robert A. Delvecchio, PC,   405 Lafayette Avenue,   PO Box 561,   Hawthorne, NJ 07507-0561
518648384     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Section,
               PO Box 245,   Trenton NJ 08646-0245)
518648385     +State of New Jersey,   Division of Taxation,   50 Barrack Street, P.O. Box 269,
               Trenton NJ 08646-0269
518648387     +State of New Jersey,   Division of Revenue,   PO Box 262,   Trenton NJ 08646-0262
518648389     +Synchrony Bank,   P0 Box 30253,   Salt Lake City, UT 84130-0253
               TD bank,   PO Box 84037,   Fortson, GA 31808
518648394     +Target,   Attn: Bankruptcy,   P0 Box 9475,   Minneapolis, MN 55440-9475
518648395     +Target,   P0 Box 673,   Minneapolis, MN 55440-0673
518648397     +Target,   P0 Box 59317,   Minneapolis, MN 55459-0317
518648400     +Tower Capital Management,   PO Box 339,   Morristown, NJ 07963-0339
518648401     +Tower Capital Management Inc.,   10 N Park Place,   Morristown, NJ 07960-7106
518648404      Township of Hillside,   Municipal Building,   Liberty & Hillside Avenue,   Attn: Tax Collector,
               Hillside, NJ 07205
518648405      Township of Hillside,   Tax collector,   Munciapl Building,   Hillside, NJ 07205
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2020 00:53:15    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2020 00:53:12    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
```

District/off: 0312-2        User: admin              Page 2 of 3              Date Rcvd: Jan 24, 2020
                           Form ID: 132              Total Noticed: 82

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518648319        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 25 2020 00:56:30        Capital One, NA,
                 Bankruptcy Dept.,    PO Box 5155,   Norcross, GA 30091
518648323        E-mail/Text: bankruptcy@cavps.com Jan 25 2020 00:53:46        Cavalry Portfolio Services, LLC,
                 PO Box 27288,    Tempe, AZ 85282
518648318       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 25 2020 00:55:24        Capital One,
                 PO Box 30258,    Salt Lake City, UT 84130-0258
518648317       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 25 2020 00:55:24        Capital One,
                 Capital One Retail Services,    PO Box 30258,   Salt Lake City, UT 84130-0258
518648320       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 25 2020 00:55:24        Capital One, NA,
                 Capital One Bank (USA) N.A.,    PO Box 30285,   Salt Lake City, UT 84130-0285
518648321       +E-mail/Text: bankruptcy@cavps.com Jan 25 2020 00:53:46        Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
518648322       +E-mail/Text: bankruptcy@cavps.com Jan 25 2020 00:53:46        Cavalry Portfolio Services,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
518648335       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 25 2020 00:52:55        Comenity,    PO Box 183003,
                 Columbus, OH 43218-3003
518648336       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 25 2020 00:52:55        Comenity Bank,
                 Attn: Bankruptcy,    PO Box 182125,   Columbus, OH 43218-2125
518648338       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 25 2020 00:52:55        Comenity Bank,
                 Attention: Bankruptcy,    PO Box 182686,   Columbus, OH 43218-2686
518648337       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 25 2020 00:52:55        Comenity Bank,
                 PO Box 182789,    Columbus, OH 43218-2789
518648343        E-mail/Text: mrdiscen@discover.com Jan 25 2020 00:52:10        Discover,    PO Box 30943,
                 Salt Lake City, UT 84130
518648344        E-mail/Text: mrdiscen@discover.com Jan 25 2020 00:52:10        Discover,    PO Box 30957,
                 Salt Lake City, UT 84130
518648346        E-mail/Text: mrdiscen@discover.com Jan 25 2020 00:52:10        Discover Financial,
                 Attn: Bankruptcy Department,    PO Box 15316,   Wilmington, DE 19850
518648347        E-mail/Text: mrdiscen@discover.com Jan 25 2020 00:52:10        Discover Financial,    PO Box 15316,
                 Wilmington, DE 19850
518648342        E-mail/Text: mrdiscen@discover.com Jan 25 2020 00:52:10        Discover,    PO Box 5044,
                 Sandy, UT 84091-5044
518648345       +E-mail/Text: mrdiscen@discover.com Jan 25 2020 00:52:10        Discover,    PO Box 30423,
                 Salt Lake City, UT 84130-0423
518648358        E-mail/Text: cio.bncmail@irs.gov Jan 25 2020 00:52:37        IRS,    ACS Support,    PO Box 219236,
                 Kansas City, MO 64121
518648388       +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2020 00:55:18        Synchrony Bank,
                 Attn: Bankruptcy,    PO Box 965060,   Orlando, FL 32896-5060
518648391       +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2020 00:55:18        Synchrony Bank,    PO Box 960013,
                 Orlando, FL 32896-0013
518648390       +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2020 00:55:18        Synchrony Bank,    PO Box 965013,
                 Orlando, FL 32896-5013
518648392       +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2020 00:55:20        Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    PO Box 956060,   Orlando, FL 32896-0001
518648393       +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2020 00:55:18        Synchrony Bank/ JC Penneys,
                 PO Box 965007,    Orlando, FL 32896-5007
518648398        E-mail/Text: bankruptcy@td.com Jan 25 2020 00:53:17        TD Bank,    PO Box 8400,
                 Lewiston, ME 04243
                                                                                                TOTAL: 26


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518648349*      +Henry L Evans,    1468 Franklin Street,   Hillside, NJ 07205-1304
518648350*      +Henry L Evans,    1468 Franklin Street,   Hillside, NJ 07205-1304
518648351*      +Henry L Evans,    1468 Franklin Street,   Hillside, NJ 07205-1304
518648360*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  IRS,    PO Box 219236,    Kansas City, MO 64121)
518648356*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    PO Box 57,    Bensalem, PA 19020)
518648357*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    Philadelphia, PA 19255-0010)
518648359*      +IRS,    PO Box 804527,   Cincinnati, OH 45280-4527
518648355*      +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
518648372*      +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,   Pittsburgh, PA 15222-4704
518648376*      +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,   Pittsburgh, PA 15222-4704
518648386*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08646-0245)
518648403*      +Tower Capital Management LLC,    10 N Park Place,   Morristown, NJ 07960-7106
518648402*      +Tower Capital Management LLC,    PO Box 339,   Morristown, NJ 07963-0339

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Jan 24, 2020
                             Form ID: 132              Total Noticed: 82

518648396    ##+Target,    3701 Wayzata Blvd.,    Minneapolis, MN 55416-3440
                                                                              TOTALS: 0, * 13, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
              Association dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Plaintiff Annie L Evans herbertraymond@gmail.com,
              raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
              ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
              ls789@gmail.com
              Herbert B. Raymond    on behalf of Debtor Annie L Evans herbertraymond@gmail.com,
              raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
              ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
              ls789@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Susan B. Fagan-Rodriguez    on behalf of Creditor    Tower DBW REO VI, LLC sbflesq@optonline.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 6