| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> **RODRIGUEZ LAW GROUP, LLC** <br> 14 Elm Street <br> Morristown, NJ 07960 <br> Ph: (973) 998-7973 <br> Fax: (973) 998-7974 <br> **Attorneys for Tower DBW REO VI, LLC** | **Chapter 13 Proceeding** |
| In Re: <br><br>     Annie L. Evans <br>                 **Debtor.** | Case No.: 20-10126 <br><br> Judge: Stacey L. Meisel |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to *Fed. R. Bank. Pro.* 9010(b) the undersigned enters her appearance as attorney for the secured creditor, **Tower DBW REO VI, LLC**, and requests that the documents filed in this case and identified below be served on the undersigned at this address:

**ADDRESS:**

> SUSAN B. FAGAN-RODRIGUEZ, ESQ.
> Rodriguez Law Group, LLC
> 14 Elm Street
> Morristown, NJ 07960
> sbflesq@optonline.net

**DOCUMENTS:**

- ■ All notices entered pursuant to Fed. R. Bank P. 2002.

- ■ All documents and pleadings of any nature.

By: /s/ Susan B. Fagan-Rodriguez
Susan B. Fagan-Rodriguez (ID#042141989)
