UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: herbertraymond@gmail.com

In Re:

ANNIE EVANS,

DEBTOR

Case No.: _____20-10126_____

Chapter: _____13_____

Judge: _____SLM_____

## NOTICE OF REQUEST FOR LOSS MITIGATION – BY THE DEBTOR

I am/ We are the debtor(s) in this case and hereby request loss mitigation with respect to:

Property address:
_____1468 FRANKLIN STREET, HILLSIDE, NJ_____

Creditor is the holder of: ☒ first mortgage   ☐ second mortgage ☐ third mortgage.

I/We will make adequate protection payments to the above creditor each month in the following

amount during the loss mitigation period: See Loss Mitigation Program and Procedures, Section VII.B.

Creditor __PNC MORTGAGE_____ Amount: $ _921.00_____ Due date: _2/1/20_____

☐      I/We request to be excused from using the Loss Mitigation Portal due to undue hardship as set

forth in detail below:

I understand that if the court orders loss mitigation in this case I am required to comply with the

Loss Mitigation Program and Procedures and will participate in good faith. I understand that Loss

Mitigation is voluntary, and that I am not required to enter into any agreement or settlement with any other

party as part of this Loss Mitigation, and understand that no other party is required to enter into any

agreement or settlement with me. I also understand **that I am not required to request dismissal of this**

**case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

**I also certify that the property in question consists only of real property in which I hold a titled interest.**

Date: 3/13/20 _____          /S/ ANNIE EVANS _____
                                    Debtor


Date: _____          _____
                            Joint Debtor (if any)


**Debtor Information:**

Print full name: ANNIE EVANS _____

Mailing address: 1468 FRANKLIN STREET, HILLSIDE, NJ _____

Telephone number: N/A _____

Email address (if any): N/A _____


**Debtor's Attorney Information:**

Name: RAYMOND AND RAYMOND _____

Address: 7 GLENWOOD AVE, ST. 408, EAST ORANGE, NJ _____

Telephone number: 973-675-5622 _____   Fax number: 408-519-6711 _____

Email address (if any): HERBERTRAYMOND@GMAIL.COM _____


**Creditor Information: (if known)**

Name: PNC Bank, National Association _____

Address: PO Box 94982, Cleveland, OH 44101 _____

Telephone number: N/A _____   Fax number: N/A _____

Email address (if any): N/A _____


**Creditor's Attorney Information: (if known)**

Name: KML Law Group, PC _____

Address: 216 Haddon Avenue, Suite 406, Westmont, NJ 08108 _____

Telephone number: 609) 250-0700 _____   Fax number N/A _____

Email address (if any): N/A _____

**Under Section V. of the *Loss Mitigation Program and Procedures*, a party has 14 days from the filed date of this Request to file with the court, and serve on the debtor, debtor's attorney trustee, and U.S. trustee, an objection to this Request.**

*rev.12/17/19*