**SELLAR RICHARDSON, P.C.**

By: Denise M. Luckenbach
293 Eisenhower Parkway
Suite 350
Livingston, New Jersey, 07039
(973) 992 6677
Executrix of the Estate of
Susan B. Rodriguez,
Attorney for Creditor, Tower DBW REO VI, LLC

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEW JERSEY

| IN RE: ANNIE L. EVANS, | CHAPTER 13 |
|---|---|
| Debtor(s). | Case Number: 20-10126 |

## <u>WITHDRAWAL OF DOCUMENT</u>

The undersigned counsel for the above creditor hereby withdraws the following document filed in this cause. The details are as follows:

Docket Entry: 11

Filing date:  1/22/2020

Nature of document: Notice of Appearance and Request for Service

Reason for withdrawal: Susan B. Fagan-Rodriguez, Esq., is no longer able to represent creditor Tower DBW REO VI, LLC.

Dated: 12/17/2020

/s/ Denise M. Luckenbach, Esq.
Sellar Richardson, P.C.
By: Denise M. Luckenbach, Esq.,
Executrix of the Estate of
Susan B. Rodriguez
Attorney for Creditor, TOWER DBW REO VI LLC